EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
California Bar No. 110984
Assistant United States Attorney
Asset Forfeiture Section
    United States Courthouse
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-5710
    Facsimile: (213) 894-7177
    E-Mail:  Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>  vs.<br><br>TWO LLADRO SCULPTURES,<br><br>       Defendant.<br>_____<br>MACY'S, INC. AND MACY'S<br>MERCHANDISING GROUP, INC.,<br><br>       Claimants.<br>_____ | No.: CV 15-05962-SJO (AGRx)<br><br>**CONSENT JUDGMENT** |

1. Plaintiff United States of America (the "government") and claimants Macy's, Inc. and Macy's Merchandising Group, Inc. (collectively, "Claimants") have entered into a stipulated request for the entry of this consent judgment of forfeiture resolving all interests the Claimants may have in the defendant Two Lladro Sculptures.

2. This civil forfeiture action was commenced on August 6, 2015. The Claimants filed a verified claim and answer as to the defendant asset on November 3, 2015. The Court ordered a default judgment against the interests of Suraj A. Patel and Rudy Rampertab,and all unknown potential claimants on August 26, 2016. No other claims or answers were filed, and the time for filing claims and answers have expired.

3. The Court has been duly advised of and has considered the matter. Based upon the mutual consent of the parties hereto and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that (A) the defendant asset (Two Lladro Sculptures) shall be returned to the Claimants.

4. The United States of America and its agencies, agents, and officers (including employees and agents of Federal Bureau of Investigation), have been released by the Claimants from any and all claims, actions or liabilities arising out of or related to this civil forfeiture action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of the Claimants against the United States of America, whether pursuant to 28 U.S.C. § 2465 or otherwise.

5. The Court finds that there was reasonable cause for the institution of this action. This consent judgment shall be

```
1  construed as a certificate of reasonable cause pursuant to 28
2  U.S.C. § 2465.
3       6.   Each of the parties shall bear its own fees and costs
4  in connection with this action.
```

DATED:  October 7 , 2016      *S. James Otero*
                              _____
                              UNITED STATES DISTRICT JUDGE

Presented by:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

      /s/ Frank D. Kortum
FRANK D. KORTUM
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA